IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARTA M. COSME, et al.        *
                              *
        Plaintiffs            *
                              *   Civil No. 98-1551(SEC)
v.                            *
                              *
PLAZA ACUATICA, INC., et al.  *
                              *
        Defendants            *
************************************

## ORDER

On September 8, 1999 parties in the above-captioned action filed a motion submitting proposed distribution of settlement amount **(Docket #24)**. The Court hereby refers the above-captioned action to Magistrate Aida Delgado Colón for the holding of a judicial authorization hearing regarding the settlement stipulation in this matter as to minor Yanira I. López-Cosme.

**SO ORDERED.**

In San Juan, Puerto Rico, this __15TH__ day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)