# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MARTA M. COSME ET AL
**Plaintiffs**

v.

PLAZA AQUATICA ET AL
**Defendants**

Civil No. 98-1551(SEC)

## ORDER

A Hearing on Judicial Authorization of Minors' Settlement Claims is set for **October 4, 1999, at 9:30 AM.**

In order to assure fairness of all proceedings and effective representation of the minor's interests, Attorney Rosa Alexandrino, Special Prosecutor for Family Affairs, or her designated representative, is requested to attend said hearing on behalf of minor Yanira I. López-Cosme.

The Clerk of Court shall serve copy of this Order to the Special Prosecutor for Family Affairs at the following address:

> Rosa Alexandrino, Esq.
> Special Prosecutor for Family Affairs
> Commonwealth Department of Justice
> PO Box 192
> San Juan PR 00902-0192
> Tel: 729-2072/Fax 729-2593

**SO ORDERED.**

At San Juan, Puerto Rico, this 20th day of September, 1999.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge


