IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARTA COSME, et. al.         *
                             *
      Plaintiffs             *
                             *    Civil No. 98-1551(SEC)
      v.                     *
                             *
PLAZA ACUÁTICA, INC.; et. al. *
                             *
      Defendants             *
**************************************

**ORDER APPROVING MAGISTRATE-JUDGE'S
REPORT AND RECOMMENDATION**

On September 8, 1999 Plaintiffs' filed a motion informing the Court that they had reached a settlement agreement. Since one of the plaintiffs was a minor, Plaintiffs' counsel submitted a proposed distribution of the settlement amounts for this Court's approval. (Docket #24). On September 15, 1999 that matter was referred by the Court to U.S. Magistrate-Judge Aida Delgado-Colón for purposes of holding a judicial authorization hearing. (Docket #25). Said hearing was held on October 4, 1999, (Docket #27), and on October 12, 1999, the Magistrate rendered her report and recommendation. (Docket #28). This report and recommendation stands unopposed on the record to this day.

After a review of the Magistrate's report the Court notes that the minor, Yanira López-Cosme was represented at the hearing by Attorney Vivian Acosta-Ruiz, Special Prosecutor for Family Affairs from the Commonwealth Department of Justice. Attorney Acosta-Ruiz had met with plaintiffs' attorney and reviewed the documents in the record. Her recommendation to the Court was that the settlement be approved. In addition, Magistrate Delgado concluded that the stipulation for settlement adequately took into consideration and preserved the best interests of the




AO 72A
(Rev. 8/82)

**Civil No. 98-1551(SEC)**                                                                                                    2

minor/plaintiff. Therefore, she recommended that the stipulation entered into by the parties be approved and that Judgment be entered.

Wherefore, in light of the above, and since none of the parties filed an opposition, the Magistrate's Report and Recommendation, **(Docket #28)**, is hereby **APPROVED AND ADOPTED**. Accordingly, the parties are **ORDERED** to file a joint stipulation for settlement and voluntary dismissal within fifteen (15) days of this Order.

**SO ORDERED.**

In San Juan, Puerto Rico, this _15_ day of June, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)