IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARTA M. COSME, et. al. | * |
| Plaintiffs | * |
| v. | * Civil No. 98-1551(SEC) |
| PLAZA AQUATICA, INC., et. al. | * |
| Defendants | * |

## JUDGMENT

Pursuant to the parties' joint motion for voluntary dismissal, (Docket #30), and the provisions of Fed.R.Civ.P. 41(a)(1)(ii), the above captioned case is hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 27 day of October, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev 8/82)